*Electronically filed*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT ASHLAND
## CASE NO: 0:17-CV-00014-HRW

Robert P. Elliott, as the Executor                                    PLAINTIFF
of the Estate of Earthel Elliott, deceased

v.

GGNSC Vanceburg, LLC
d/b/a Golden LivingCenter – Vanceburg, et al.                DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

This matter is before the Court on Plaintiff's Motion to Remand. Considering the circumstances as a whole, the Court finds that the Motion is well-taken and should be granted.

It is therefore ORDERED that Plaintiff's Motion to Remand is GRANTED.

So ORDERED this the 24th day of March, 2017.

Signed By:
**Henry R. Wilholt, Jr.**
United States District Judge

JUDGE

Submitted by:

*/s/ Todd C. Myers*
Todd C. Myers, Esq. (KY 88505)
**WILKES & McHUGH, P.A.**
P. O. Box 1747
Lexington, KY 40588-1747
*Attorney for Plaintiff*